JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-0438MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| HECTOR FELIX and CARLO SERGIO SAMANIEGO-OCHOA, | |
| Defendants. | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions deadline, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of February 21, 2006, until the new trial date of April 17, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Felix and Samaniego-Ochoa; CR05-438P)       1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued until April 17, 2006 and that pretrial motions shall be filed no later than March 2, 2006.

DONE this <u>20th</u> day of January, 2006.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/   Peter J. Avenia
WSBA  # 20794
Attorney for Hector Felix
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
(206) 553-1100
Fax No.: (206) 553-0120
Peter_Avenia@fd.org


s/ Michele Shaw
Attorney for Carlo Sergio Samaniego-Ochoa
*By telephonic authorization*


s/ John Lulejian
Assistant United States Attorney
*By telephonic authorization*


s/ Adam Cornell
Special Assistant United States Attorney
*By telephonic authorization*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Felix and Samaniego-Ochoa; CR05-438P)         2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**